FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2023 NOV -8  AM 11: 37

JEF... ...LWELL
CLERK

BY_____DEP. CLK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. _____

(To be supplied by the court)

Megan Kpk , Plaintiff

v.

State of Colorado

Denver County ,

_____ ,

_____ , Defendant(s).

**Jury Trial requested:**
**(please check one)**
___ Yes ✓ No

(*List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names of the defendants listed in the above caption must be identical to those contained in Section B. Do not include addresses here.*)

## COMPLAINT

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

## A.    PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

Megan Kyte
(Name and complete mailing address)

1101 West 7th Ave. Denver, CO 80204
(Telephone number and e-mail address)

## B.    DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1:    State of Colorado - Denver County
(Name and complete mailing address)

1200 Federal Blvd. Denver, CO 80204-3221
(Telephone number and e-mail address if known)

Defendant 2:    _____
(Name and complete mailing address)

_____
(Telephone number and e-mail address if known)

Defendant 3:    _____
(Name and complete mailing address)

_____
(Telephone number and e-mail address if known)

Defendant 4:    _____
(Name and complete mailing address)

_____
(Telephone number and e-mail address if known)

2

## C.    JURISDICTION

*Identify the statutory authority that allows the court to consider your claim(s): (check one)*

__✓__ Federal question pursuant to 28 U.S.C. § 1331 (claims arising under the Constitution, laws, or treaties of the United States)

List the specific federal statute, treaty, and/or provision(s) of the United States Constitution that are at issue in this case.

Tort Code 190 or 360 or 550 or 375

____ Diversity of citizenship pursuant to 28 U.S.C. § 1332 (a matter between individual or corporate citizens of different states and the amount in controversy exceeds $75,000)

Plaintiff is a citizen of the State of _____.

If Defendant 1 is an individual, Defendant 1 is a citizen of _____.

If Defendant 1 is a corporation,

Defendant 1 is incorporated under the laws of _____ (name of state or foreign nation).

Defendant 1 has its principal place of business in _____ (name of state or foreign nation).

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

### D.    STATEMENT OF CLAIM(S)

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: the State of Colorado refuses

Supporting facts: to close my food stamp SNAP benefits. (account)

I was sanctioned by the U.S. district of Colorado after a case I voluntarily dismissed, (see Kyte v. Hayes 1:22-cv-02392-LTB)

Evidence of my voluntary dismissed can be found in case file Kyte v. Denver Health - USCA 23-1199.

4

**D.    STATEMENT OF CLAIM(S)**

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: CONTINUE

Supporting facts:

My last food stamp|SNAP purchase was on August 6th (See Exhibit A) 2023.

I attempted to close the account in September August/ 2023. In August 2023 I spoke to a "representative" at the public library. In September, 2023 I went to the food stamp office and they refused to close the account. Why am I being forced into my food stamp account?

(See Exhibit B)

OVER ⟶

I have not used the card since August 6th 2023.

I cut up the card.

**E.    REQUEST FOR RELIEF**

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "E. REQUEST FOR RELIEF."*

Please close my food stamp (SNAP benefit account.

**F.    PLAINTIFF'S SIGNATURE**

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

_____
(Plaintiff's signature)

11 - 8 - 2023
_____
(Date)

(Revised February 2022)

5

(Exhibit   A)



Hometown Grocer. Hometown Team.

825 S COLORADO BLVD
(303) 722-5779 Store
Your cashier was CHEC 501

```
        MONSTER ENERGY      -$    2.99 G
1 @ 2/1.00
        CHEETOS CRNC              0.50 F
1 @ 4/5.00
        SPARKLING ICE       -$    1.00 B
SC      SOOPER SAVINGS      0.25
        PURE LEAF TEA       -$    1.99 F
SC      SOOPER SAVINGS      0.60
        BEN JERRYS ICE CRM        1.69 F
        HAAGENDAZS ICECRM   -$     1.29 F
SC      SOOPER SAVINGS      1.70
        BLUE DIAMND ALMNDS-$      3.69 F
SC      SOOPER SAVINGS      0.50
Valued Customer                *******4901
```

```
***********************************
*              Coupons             *
***********************************
SC      Fuel Points
        TAX                       0.00
****  BALANCE                    13.15
        FS BAL DUE                13.15
EBT FOOD Purchase    ***********3926
REF#:    060840       TOTAL: 13.15
PURCHASE: 13.15    CASHBACK: 0.00
EBT F/S BALANCE: $185.45
EBT CASH BALANCE: $
        EBT FOOD                 13.15
        FS CHG                    0.00
        CHANGE                    0.00
TOTAL NUMBER OF ITEMS SOLD =      7
```

Sooper Card Coupon Savings    $3.05
Total Coupon Savings          $3.05
You Saved 18% Off Your Order Today!
08/06/23 06:01pm 21 501 153 99999050

```
*********************************
    Annual Card Savings $7.56
*********************************
Fuel Points Earned Today: 13
Total Aug Fuel Points: 45
*********************************
```

With Our Low Prices, You Saved

# $3.05

Fresh opportunity awaits
Join our team today!
#ER#
jobs.kingsoopers.com
www.kingsoopers.com

(Exhibit  B)

# STATE OF COLORADO



September 9, 2023                                         Case Number: 1BF25J2

MEGAN E KYTE
1535 N HIGH ST
DENVER CO 80218-1704

Dear MEGAN E KYTE,

**This letter is about your Supplemental Nutrition Assistance Program (SNAP) benefits.** This letter tells you what you qualify for and next steps. It also has information about your right to appeal these decisions.

---

## What you qualify for

 **SNAP Benefits**

We reviewed your information for SNAP benefits and made a decision on September 9, 2023 at 3:15 PM.

For questions about SNAP, contact Ongoing Castro at Denver/FAD/Division at (720) 944-4347 or 1200 FEDERAL BLVD DENVER CO 80204-3221.

 **Your SNAP benefits have changed.**

✗ Your SNAP benefits have increased because there was a change in your household circumstances. Starting October 2023, your household will get **$291.00** each month until December 2023.

**Who this benefit is for**

✓ These people qualify for this benefit: **MEGAN KYTE**

**More about your SNAP benefits**

- You may qualify for free nutrition education classes. To learn more, call SNAP-Education at 1-844-393-SNAP (1-844-393-7627).

---

## Reporting your changes and managing your benefits online

---